# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ROJAS, | NO. ED CV 13-00292-VBF-AN |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| K. HOLLAND, | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is hereby entered in favor of the respondent K. Holland and against the petitioner Ralph Rojas.

DATED:   April 3, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE